IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RYAN T. GREENE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D16-5448

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 3, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Ryan T. Greene, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Fla. R. App. P. 9.141.

ROBERTS, C.J., WINOKUR and M.K. THOMAS, JJ., CONCUR.